U.S. Department of Justice

Washington, D.C.

Criminal Docket

CORPUS CHRISTI Division         CR. No. C-05-467

File:
CRIMINAL INFORMATION   Filed: AUGUST 17, 2005   Judge: Janis Graham Jack

County: **Nueces**
LIONS #: 2005R

Attorneys:

United States of America

CHUCK ROSENBERG , U.S. ATTORNEY

v.

ROBERT D. THORPE, JR. Assistant U.S. Attorney

**GRAND JURY ACTION**     APP'D  RET'D

DIANA SOLIZ

**PLEASE INITIAL**

Charge(s): Ct. 1: Simple possession of marihuana - 21 USC 844(a)

Total Counts (1)

Penalty: Ct. 1: Not more than 1 year imprisonment, a fine of not less than $1000 or not more than $100,000 (or both), up to 1 year SRT, and a $25 Special Assessment.

In Jail:

On Bond:

No Arrest:

Date

Proceedings