HONORABLE **B. JANICE ELLINGTON** PRESIDING
DEP. CLERK/ERO: Lisa Hardwick
Digital: START 3:47:20 STOP 3:56:14
U.S.P.O. —
PRETRIAL: —
D.U.S.M. Craig Knott
INTERPRETER Not Needed
OPEN: 3:47 p.m. ADJOURN: 3:56 p.m.

United States Courts
Southern District of Texas
FILED

AUG 17 2005

Michael N. Milby, Clerk of Court

DATE: August 17, 2005

CR NO. C-05-467 DEFT 1

| UNITED STATES OF AMERICA | § | Robert Thorpe | AUSA |
| --- | --- | --- | --- |
| VS. | § | | ( ) RET |
| | § | | ( ) CJA |
| Diana Soliz | § | | ( ) AFPD |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*INITIAL APPEARANCE/~~PRELIMINARY~~\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

(✓) kars.... Date of arrest 8-17-05 or karsr40 Summoned for CVB Docket
(✓) kia..... Deft. first appearance. (✓) In Prosecuting District
( ) kiahrg. Probation/S.R.T. Violator
( ) ......... Clerk **ORDERED** to make name change: _____
(✓) kfinaff. Deft. requests appointed counsel. Fin. Affidavit executed. Approved
(✓) kcrsl... Deft. appeared ( ) w/counsel (✓) w/o counsel
( ) ........ Deft. advises he will retain own counsel _____
( ) koapptpd. Order appointing Federal Public Defender
(✓) kobnd... ( )_____ cash/surety
 ( )_____ ( ) 10% ( ) 5% BRA Bond
 (✓)_____ P.R./~~UNSECURED~~ Bond
 ( ) Bond Supervision ( ) Bond Deferred ( ) Not eligible f/Bond
( ) .......... Govt. moves for **DETENTION** and requests continuance.
( ) kobnd... No bond set at this time, **10-DAY DETENTION ORDER** entered.
(✓) karr.... Arraignment set 8-24-05 Time: 10:00 a.m. Before Judge Brian Owsley
( ) ........ Prelim./Dtn Hrg. set _____ Time: _____
( ) kprlxm. Preliminary Examination: ( ) **WAIVED** ( ) Court finds **PROBABLE CAUSE**
( ) ........ Deft./Mat. Wit. ( ) wishes ( ) does not wish to have Mexican Counsular advised of arrest
 ( ) Atty to notify Counsular after discussion w/Deft. ( ) Court orders DEA/ to notify Counsular
( ) krmvhrg. Identity/Removal Hearing set _____ Time: _____
( ) ko...... Deft. **ORDERED REMOVED** to Originating District.
(✓) kloc.... Deft. **REMANDED TO CUSTODY**, Pending release on PR Bond.
( ) ........ Status Conference set _____ Time: _____